**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL RYAN | § | Case No. 15-04948 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 50,550.00                          Assets Exempt: 192,417.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,046.14          Claims Discharged
                                                      Without Payment: 335,330.00

Total Expenses of Administration: 14,806.20

---

3) Total gross receipts of $ 59,852.34  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 59,852.34  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 479,416.00 | $ 266,009.84 | $ 266,009.84 | $ 34,771.31 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,806.20 | 14,806.20 | 14,806.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,546.00 | 10,274.83 | 10,274.83 | 10,274.83 |
| **TOTAL DISBURSEMENTS** | $ 581,462.00 | $ 291,090.87 | $ 291,090.87 | $ 59,852.34 |

4) This case was originally filed under chapter 7 on 02/16/2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2016           By: /s/Miriam R. Stein
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MONY LIFE INSRUANCE POLICY NUMBER 1191 65 98 | 1129-000 | 59,852.34 |
| **TOTAL GROSS RECEIPTS** | | **$59,852.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 6,602.00 | NA | NA | 0.00 |
| | First Midwest Bank/na | | 248,359.00 | NA | NA | 0.00 |
| | BAYVIEW LOAN SERVICING, LLC | 4110-000 | NA | 8,717.00 | 8,717.00 | 8,717.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | BAYVIEW LOAN SERVICING, LLC | 4110-000 | 224,455.00 | 257,292.84 | 257,292.84 | 26,054.31 |
| TOTAL SECURED CLAIMS | | | $ 479,416.00 | $ 266,009.84 | $ 266,009.84 | $ 34,771.31 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 6,242.62 | 6,242.62 | 6,242.62 |
| Associated Bank | 2600-000 | NA | 710.98 | 710.98 | 710.98 |
| U. S. Treasury | 2810-000 | NA | 1,853.00 | 1,853.00 | 1,853.00 |
| William J. Factor Ltd. | 3210-000 | NA | 3,810.00 | 3,810.00 | 3,810.00 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 2,172.30 | 2,172.30 | 2,172.30 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 17.30 | 17.30 | 17.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,806.20 | $ 14,806.20 | $ 14,806.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | DEPARTMENT OF THE TREASURY | 5800-000 | 14,500.00 | 8,717.00 | 8,717.00 | 8,717.00 |
| | Returned Estate Check from IRS | 5800-000 | NA | -8,717.00 | -8,717.00 | -8,717.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 14,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 2,336.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,807.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,807.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 6,209.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 6,209.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 3,138.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 3,138.00 | NA | NA | 0.00 |
| | Cook County Real Estaste Tax Appeal Dan Szkirpan 7156 W. 127th Street, Suite 294 Palos Heights, IL 60463 | | 17,249.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Real Estaste Tax Appeal Dan Szkirpan 7156 W. 127th Street, Suite 294 Palos Heights, IL 60463 | | 17,249.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 4,841.00 | NA | NA | 0.00 |
| | First National Bank Attention:FNN Legal Dept 1620 Dodge St. Stop Code: 3290 Omaha, NE 68197 | | 43.00 | NA | NA | 0.00 |
| | First National Bank Attention:FNN Legal Dept 1620 Dodge St. Stop Code: 3290 Omaha, NE 68197 | | 43.00 | NA | NA | 0.00 |
| | Loyola University Medical Center PO Box 95994 Chicago, IL 60694 | | 300.00 | NA | NA | 0.00 |
| | Loyola University Medical Center PO Box 95994 Chicago, IL 60694 | | 300.00 | NA | NA | 0.00 |
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 1,477.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 1,230.00 | NA | NA | 0.00 |
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 143.00 | NA | NA | 0.00 |
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 1,230.00 | NA | NA | 0.00 |
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 1,477.00 | NA | NA | 0.00 |
| | Midwest Collections MediCredit Corp. Po Box 411187 St. Louis, MO 63141 | | 143.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 2,336.00 | 2,976.59 | 2,976.59 | 2,976.59 |
| 5 | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 4,841.00 | 4,771.44 | 4,771.44 | 4,771.44 |
| 3 | SYNCHRONY BANK | 7100-000 | NA | 2,526.80 | 2,526.80 | 2,526.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 87,546.00 | $ 10,274.83 | $ 10,274.83 | $ 10,274.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-04948 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MICHAEL RYAN | | | | Date Filed (f) or Converted (c): | 02/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2015 |
| For Period Ending: | 09/22/2016 | | | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 1,400.00 | 0.00 | | 0.00 | FA |
| 2. LABTOP | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5. WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 6. MONY LIFE INSRUANCE POLICY NUMBER 1191 65 98 | 58,231.00 | 58,231.00 | | 59,852.34 | FA |
| 7. HARTFORD ROTH XXXX6705 | 7,411.00 | 0.00 | | 0.00 | FA |
| 8. WELLS FARGO ROTH, 30 S. WACKER DR., SUITE 4000, CHICAGO, IL. | 99,002.00 | 0.00 | | 0.00 | FA |
| 9. IRA WLLS FARGO, 300 S. WACKER, SUITE 4000, CHICAGO, IL. 6060 | 22,521.00 | 0.00 | | 0.00 | FA |
| 10. ROTH IRA FIDELITY INVESTMENTS XXXX2972 | 28,600.00 | 0.00 | | 0.00 | FA |
| 11. JEFFERSON IRA SEP, XXXX5000, JEFFERSON NATIONAL LIFE, PO BO | 28,233.00 | 0.00 | | 0.00 | FA |
| 12. MJR INC. | 100.00 | 0.00 | | 0.00 | FA |
| 13. OTHER LIQUIDATED DEBTS OWED DEBTOR - STEVE MILLER | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 14. 2005 MERCEDES | 4,000.00 | 500.00 | | 0.00 | FA |
| 15. VARIOUS POWER TOOLS | 750.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $301,198.00    $108,731.00    $59,852.34    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

A FINAL REPORT HAS BEEN FILED IN THIS CASE.
7/3/16 update - working with IRS re application of $8,717.00 payment.

Exhibit 8

RE PROP #      6    --   EXEMPTION DENIED BY ORDER DATED 4/23/15.

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-04948 | Trustee Name: | Miriam R. Stein |
| Case Name: | MICHAEL RYAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8671 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4492 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/22/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/26/15 | 6 | MONY Life Insurance Company 2801 Highway 280 South Birmingham, AL 35223 | Liquidated whole life insurance policy | 1129-000 | $59,852.34 | | $59,852.34 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.48 | $59,840.86 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.07 | $59,754.79 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.84 | $59,665.95 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.71 | $59,577.24 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.72 | $59,491.52 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.45 | $59,403.07 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.46 | $59,317.61 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.19 | $59,229.42 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.06 | $59,141.36 |
| 03/15/16 | 101 | U.S. Treasury Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | Taxes Tax liability incurred due to liquidation of Debtor's whole life insurance policy. | 2810-000 | | $1,853.00 | $57,288.36 |
| 05/26/16 | 105 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | $8,717.00 | $48,571.36 |
| | | | Page Subtotals: | | $59,852.34 | $11,280.98 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-04948  
Case Name: MICHAEL RYAN  
Taxpayer ID No: XX-XXX4492  
For Period Ending: 09/22/2016  

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8671  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/26/16 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order.<br>This check failed to print when the Posted Checks were sent to printer. | 2100-000 | | $6,242.62 | $42,328.74 |
| 05/26/16 | 103 | William J. Factor Ltd.<br>105 W. Madison St.<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $3,810.00 | $38,518.74 |
| 05/26/16 | 104 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 WEST RANDOLPH STREET<br>SUITE 1150<br>CHICAGO, IL 60606 | Distribution | | | $2,189.60 | $36,329.14 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($2,172.30) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($17.30) | 3420-000 | | | |
| 05/26/16 | 106 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $4,771.44 | $31,557.70 |
| 05/26/16 | 107 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $2,976.59 | $28,581.11 |
| 05/26/16 | 108 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $2,526.80 | $26,054.31 |
| 05/26/16 | 109 | BAYVIEW LOAN SERVICING, LLC<br>C/O JOHN CONWAY<br>SULLIVAN HINCKS & CONWAY<br>120 W. 22ND STREET, SUITE 100<br>OAK BROOK, IL 60523 | Final distribution to claim 4 representing a payment of 10.13 % per court order. | 4110-000 | | $26,054.31 | $0.00 |

Page Subtotals: $0.00   $48,571.36

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-04948  
Case Name: MICHAEL RYAN  
Taxpayer ID No: XX-XXX4492  
For Period Ending: 09/22/2016  

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8671  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/16 | | Returned Estate Check from IRS | Returned Check from IRS Distribution check returned by IRS due to "Claim Fully Paid." | 5800-000 | | ($8,717.00) | $8,717.00 |
| 08/22/16 | 110 | BAYVIEW LOAN SERVICING, LLC C/O JOHN CONWAY SULLIVAN HINCKS & CONWAY 120 W. 22ND STREET, SUITE 100 OAK BROOK, IL 60523 | Supplemental Distribution | 4110-000 | | $8,717.00 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $59,852.34 | $59,852.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $59,852.34 | $59,852.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,852.34 | $59,852.34 |

Page Subtotals: $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8671 - Checking | $59,852.34 | $59,852.34 | $0.00 |
| | $59,852.34 | $59,852.34 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $59,852.34 |
| Total Gross Receipts: | $59,852.34 |

Page Subtotals: $0.00 $0.00